AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JORGE ALBERTO VEGA | CASE NUMBER: 07CR3080-L |

I, JORGE ALBERTO VEGA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/15/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jorge Vega_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer