**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Mr. Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3080-L |
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| **JORGE ALBERTO VEGA,** | ) | |
| Defendant. | ) | |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
     CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY;
     FRANCISCO TORRES, UNITED STATES PROBATION OFFICER.

Jorge Vega, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr. Vega jointly moves with Assistant United States Attorneys Carlos Arguello, that the sentencing hearing currently set for February 19, 2008, at 8:30 a.m. be continued until March 24, 2008, at 8:30 a.m. There are several sentencing issues that counsel needs to resolve with the client prior to being prepared to go forward with the sentencing. Mr. Vega is currently in the custody of the U.S. Marshalls. The parties also agree that time should be excluded under the speedy trial act.

//
//
//
//

1     For the foregoing reasons, the parties jointly request that the sentencing hearing be continued until
2 March 24, 2008, at 8:30 a.m.

4 Dated: February 14, 2008           /s/ Leila W. Morgan
**LEILA W. MORGAN.**
5          Federal Defenders of San Diego, Inc.
         Attorneys for Ms. Mauleon
6          Leila_Morgan@fd.org

7 Dated: February 14, 2008           /s/ Carlos Arguello
**CARLOS ARGUELLO**
8          Assistant United States Attorney
9          Carlos.Arguello@usdoj.gov

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Carlos Arguello**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Carlos.Arguello2@usdoj.gov

Dated: February 14, 2008        /s/ Leila W. Morgan
                                **LEILA W. MORGAN.**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Mr. Vega
                                Leila_Morgan@fd.org