UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3080-L |
| Plaintiff, | ) | |
| v. | ) | |
| **JORGE ALBERTO VEGA**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 17) requesting the continuance of the sentencing hearing currently set for February 19, 2008, at 8:30 a.m. until March 24, 2008, at 8:30 a.m., be **GRANTED.** The Court also finds that time should be excluded under the Speedy Trial Act until the acceptance of the plea. The defendant is currently in custody, therefore, an signed acknowledgment of the next court date need not be filed.

**IT IS SO ORDERED.**

DATED: February 15, 2008

_____
M. James Lorenz
United States District Court Judge